IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNY R. NORRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | **8:17CV180**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Anastasia Wagner, as counsel of record for defendant Union Pacific Railroad Company, (Filing No. 16), is granted.

October 18, 2017.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge